UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NICOLE J. HARRIS, <br><br>    Plaintiff, <br>    v. <br><br>MICHAEL J. ASTRUE,<br>**Commissioner of the Social Security Administration,** <br><br>    Defendant. | No. CV 08-2726 AJW <br><br><br> **J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

September 8, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge